UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| RAYMOND BREWER ) | Case No. 16-32618 |
| ) | Chapter 13/cw |
| ) | |
| Debtor ) | |

## ORDER

At South Bend, Indiana, on January 24, 2017

On January 19, 2017, Debtor filed a Motion for Reinstatement of Case in his Chapter 13 Bankruptcy.

The Court, after review of the motion, hereby DENIES Debtor's Motion for Reinstatement of Case.

Additionally, pursuant to this Court's December 20, 2016 Order, the minimum requirements to initiate a voluntary case, as established by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Official Forms, have not been fulfilled; the case should not have been filed and should, therefore, be stricken and dismissed. See N.D. Ind. L.B.R. B-1002-1. Debtor may proceed with the filing of a new Voluntary Chapter 13 Petition.

SO ORDERED.

_____
HARRY C. DEES, JR., JUDGE
UNITED STATES BANKRUPTCY COURT